UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL R. SHARAR, ) | CASE NO. C06-1223-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| MICHAEL J. ASTRUE, Commissioner ) | MOTION FOR ATTORNEY'S FEES |
| of Social Security, ) | PURSUANT TO 42 U.S.C. § 406(b) |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). (Dkt. 22.) Defendant does not object to plaintiff's request. (Dkt. 24.) Having considered plaintiff's motion and the accompanying documents, it is hereby ORDERED that:

(1) The Court GRANTS plaintiff's motion and authorizes a gross attorney's fee of $12,115.10 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act award of $5,378.40. Plaintiff's attorney shall therefore be awarded the net sum of **$6,736.70**.

(2) Defendant will release the above-described fee, minus any applicable processing fees as allowed by statute, within **thirty days (30)** of the date of this Order.

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)
PAGE -1

(3)     The Clerk shall send copies of this Order to the parties.

DATED this 17th day of March, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)
PAGE -2